```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0600
     Facsimile: (213) 894-6265
     E-mail: Roger.Hsieh@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-MJ-1699 |
|---|---|
| V. | [~~PROPOSED~~] UNSEALING ORDER |
| ANTHONY HAO DINH, HANNA TRINH DINH, aka "Hang Trinh Dinh", and MATTHEW HOANG HO, aka "Mat Hoang Ho", | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that the government's ex parte request to unseal the above-captioned matter is GRANTED. The Clerk of Court shall unseal the above-captioned matter, so that the entire matter -- except for the unredacted Complaint and supporting affidavit (Dkt. 10) -- appears on the public

//

//

1

docket.  The unredacted Complaint and supporting affidavit (Dkt. 10) shall remain sealed.

    IT IS SO ORDERED.

```
    4/17/23                          [signature]
    DATE                             HONORABLE MICHAEL R. WILNER
                                     UNITED STATES MAGISTRATE JUDGE
```