Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2023 JUN 20  AM 9:16
CLERK U.S DISTRICT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY: TV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.  PLAINTIFF | 2:23-MJ-01699-DUTY-2 |
| Hanna Trinh Ding | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# 57826-510  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/20/2023 at 1000 ☒ AM ☐ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 1343 - Wire Fraud

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: NOT REQUIRED

7. Year of Birth: 1958

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: E-MAIL

10. Remarks (if any): ___

11. Name: L. FLORES   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: [signature]

15. Date: 06/20/2023

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION